AO 106 (Rev. 04/10) Application for a Search Warrant

FILED LODGED ENTERED RECEIVED

AUG 12 2013

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
для the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. MJ13-405
US Mail Parcel, bearing confirmation number )
EI754942390US )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

US Mail Parcel, bearing confirmation number EI754942390US  as more fully described in Attachment A.

located in the   Western   District of   Washington  , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C. § 841 | Distribution of Controlled Substances & Unlawful Use of a Communications |
| Title 21, U.S.C. § 843 | Facility, (U.S. Mails) to Distribute Controlled Substances. |

The application is based on these facts:

See affidavit of     Nelson Rivera, U.S. Postal Inspector

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Nelson Rivera, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug 12, 2013

_____
*Judge's signature*

City and state:  Seattle, Washington        Mary Alice Theiler     U.S. Magistrate Judge
*Printed name and title*

STATE OF WASHINGTON  )
                     )  ss
COUNTY OF KING       )

## AFFIDAVIT

NELSON RIVERA, being first duly sworn on oath, deposes and says:

### BACKGROUND

1. **Affiant Background.** I am a U.S. Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since February, 2012. I am currently assigned to the Seattle Division, Prohibited Mails Narcotic Team, where I investigate controlled substances transported via the United States mails. I completed a twelve week Basic Inspector Training course in Potomac, Maryland, which included training regarding transportation of narcotics via the U.S. mails. I have also received training on the identification and interdiction of controlled substances. Prior to becoming a Postal Inspector, I served as an Officer in the United States Coast Guard for 14 years. I completed a six week Basic Boarding Officer course in 2004 at the Federal Law Enforcement Training Center in Charleston. I worked in maritime narcotics interdictions for six years. I hold a Bachelor of Science degree from the University of Puerto Rico in Biology.

2. **Duties, Training & Experience.** As part of my duties, I investigate the use of the U.S. mails to illegally mail and receive controlled substances, the proceeds of drug trafficking, as well as other instrumentalities associated with drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances), and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances). As set forth below, my training and experience includes identifying parcels with characteristics indicative of criminal activity. During the course of my employment with the USPIS, I have participated in multiple criminal investigations involving suspicious parcels and controlled substances.

AFFIDAVIT OF RIVERA- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.   The information contained in this affidavit is based upon knowledge I gained from my investigation, and my personal observations, my training and experience, and investigation by other Inspectors, agents, and officers. Because the purpose of this affidavit is limited to setting forth probable cause to search the subject parcel, I have not set forth every fact of which I am aware pertaining to the investigation.

4.   From my training and experience, I am aware that the United States Postal Service (USPS) mail system is often used to transport controlled substances and/or the proceeds from the sales of controlled substances throughout the United States. I have learned and observed that sometimes drug traffickers put controlled substances and proceeds in the same package. I also know that drug traffickers prefer mail/delivery services such as Express Mail and Priority Mail Delivery Confirmation because of the reliability of these services as well as the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

5.   In addition, I am aware that the USPS Express Mail service was custom-designed to fit the needs of businesses by providing overnight delivery for time sensitive materials. Business mailings often contain typewritten labels, are in flat cardboard mailers, and usually weigh less than eight (8) ounces. In addition, businesses using corporate charge accounts often print their account number on the Express Mail label in order to expedite transactions with USPS.

6.   Based on my training and experience concerning the use of Express Mail for the transportation of controlled substances and/or the proceeds from the sales of controlled substances, I am aware these packages usually contain some or all of the following characteristics (which are different than characteristics of packages being sent by legitimate businesses):

   a.   Unlike typical Express Mail business mailings which usually have typed labels, packages containing controlled substances and/or proceeds often have handwritten address information. In addition, the address information often contains

misspelled words or incomplete/incorrect addresses. This is done in an effort to help conceal the identities of the individuals involved.

       b.     The handwritten label on Express Mail packages containing controlled substances and/or proceeds does not contain a business account number and/or credit card number. This is an indication that the sender likely paid cash. A credit card or business account number would more likely enable law enforcement officers to connect the package to identifiable individuals.

       c.     Express Mail packages containing controlled substances and/or proceeds often stand out from typical business mailings as they do not bear any advertising on the mailing container/box, and are usually being mailed from one individual to another.

       d.     The sender and/or recipient addresses on Express Mail or Priority Mail packages containing controlled substances and/or proceeds often either are fictitious, or are persons unknown to postal personnel familiar with the addresses listed.

       e.     The zip codes for the sender addresses on Express Mail or Priority Mail packages containing controlled substances and/or proceeds are often different from the zip codes of the post offices from where the parcels were mailed.

       f.     Express Mail or Priority Mail packages containing controlled substances and/or proceeds are heavily taped with tape on the seams of the parcel, in an effort to conceal scent.

       g.     Express Mail packages containing controlled substances and/or proceeds include a waiver of signature. As a general matter, Express Mailings require a signature confirming receipt. Therefore, if a sender does not want a confirmation signature, he/she must affirmatively waive this requirement but checking a box.

   7.    Inspectors who encounter a package with any or all of the above characteristics often further scrutinize the package by, among other things, running address verifications in law enforcement databases, and conducting trained narcotic-detecting canine examinations.

### ITEM TO BE SEARCHED

This affidavit is made in support of an application for a search warrant for one USPS Express Mail parcel, hereinafter referred to as the "SUBJECT PARCEL." This parcel is believed to contain controlled substances or proceeds from the sale of controlled

substances. The SUBJECT PARCEL is further described as follows: One Express Class parcel addressed to "Hector G. Macas, PO Box 58113, Renton WA 98058." This parcel is a flat rate Express Mail Envelope measuring approximately 12.5" x 9.5." This parcel is postmarked August 7, 2013, from zip code 07111, and carries $19.95 in postage. The delivery confirmation number is EI754942390US.

## ITEMS TO BE SEIZED

8. The affiant requests that law enforcement officers and agents be authorized to seize the following from the SUBJECT PARCEL, which constitute the fruits, instrumentalities, and evidence of mailing and distribution of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance) and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of a controlled substance):

    a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

    b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

    c. Controlled substance-related paraphernalia;

    d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

    e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

    f. Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

## THE INVESTIGATION

9. On August 8, 2013, U.S. Customs and Border Patrol (CBP) Officer Adam Chavez and I were performing an Express Mail interdiction at the United States Postal Service mail facility located at the Tukwila Processing and Distribution Center (P&DC), 10700 27th Ave. S., Tukwila, Washington. The emphasis for the interdiction was targeting inbound Express Mail Parcels containing controlled substances and/or monetary proceeds derived from illegal drug trafficking activity.

10. At approximately 08:25 AM, I observed an inbound Express Mail envelope, later identified as the SUBJECT PARCEL, with a hand written label and no business account numbers referenced on the package.

11. From my training and experience, I know that the Seattle area is a source city for marijuana and other narcotics, and that proceeds from narcotics are shipped from other parts of the United States to Seattle using the United States Postal Service (USPS).

12. I performed additional research concerning the sender listed on the SUBJECT PARCEL by utilizing USPS and law enforcement databases. I also reviewed relevant postal records and discovered that in 2010, an individual named Hector G. Macas had applied for P.O. Box 58113, Renton, Washington, 98058. However, Hector G. Macas has not been associated with P.O. Box 58113, Renton, Washington, 98058 since 2011 when that account was closed.

13. Postal records show that Hector G. Macas listed 2822 Cedar Ave S, Renton WA 98055 as his address on the application for P.O. Box 58113, Renton, Washington, 98058. A "Knock and Talk" of the residence located at 2822 Cedar Ave S, Renton WA 98055 was attempted, but no one answered the officers when they knocked.

14. Based upon this information, on August 8, 2013, CBP Officer Chavez applied "Pedro," a narcotic-detection dog, to the package. Officer Chavez's affidavit describing Pedro's training and qualifications is attached to this Affidavit and incorporated by reference.

15. I placed the SUBJECT PARCEL in position #3 and 4 other "control" parcels, which did not contain any controlled substances, at the remaining positions. CBP Officer Chavez applied Pedro to each of the five parcels.

16. As Pedro approached the SUBJECT PARCEL, CBP Officer Chavez immediately observed a change of behavior. As set forth in Officer Chavez's Affidavit, he observed Pedro engage in a number of behaviors, including scratching at the outside of the SUBJECT PARCEL, indicating the positive odor of narcotics emitting from the parcel.

## CONCLUSION

17. Based on the facts set forth in this Affidavit, as well as the affidavit of CBP Officer Chavez, I believe there is probable cause to conclude that the SUBJECT PARCEL contains controlled substances, currency, documents, or other evidence, more fully identified in Attachment B, that relates to the mailing and distribution of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances) and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances).

NELSON RIVERA
U.S. Postal Inspector, US Postal Inspection Service

SUBSCRIBED AND SWORN to before me this 12 day of August, 2013.

MARY ALICE THEILER
United States Magistrate Judge

## ATTACHMENT A
### Parcel to be searched

One Express Class parcel addressed to "Hector G. Macas, PO Box 58113, Renton WA 98058" with a return address of "Sandra Guaman, 38 Orange Ave., Irvington NJ 07111." This parcel is a flat Express Mail envelope measuring approximately 12.5" x 9.5" with a weight of approximately 3.10 oz. This parcel is postmarked August 7, 2013, from zip code 07111 in Irvington, New Jersey and carries $19.95 in postage. The delivery confirmation number is EI754942390US.

ATTACHMENT A
PARCEL TO BE SEARCHED                    -1-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B
## Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b), distribution of controlled substances, and use of the mail to transport controlled substances:

    a.    Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

    b.    Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

    c.    Controlled substance-related paraphernalia;

    d.    Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

    e.    Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

    f.    Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

ATTACHMENT B
ITEMS TO BE SEIZED                    -1-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



**U.S. Customs and Border Protection**
**Department of Homeland Security**

**Canine Enforcement Office**
19339 28th Ave. S. Bldg. D
Sea-Tac, WA 98188

# AFFIDAVIT

I, Adam J. Chavez, am a Canine Officer with U.S. Customs and Border Protection, assigned to the Seattle-Tacoma area. My assigned canine "Pedro" CH-62 was initially certified with me at the Customs and Border Protection's Canine Center of Front Royal in October of 2008 after successfully completing the U.S. Customs and Border Protection detection canine training academy. Canine "Pedro" was trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, hashish, ecstasy, and their derivatives. I and canine "Pedro" maintain our annual certification through the Customs and Border Protection regulations. This certification is a comprehensive test designed to measure the ability of the dog and the handler in searching for and indicating the presence of controlled substances. This certification consists of searches administered in different environments with a variety of distractions and is designed to duplicate actual field conditions which may be encountered by the canine team. Canine "Pedro" must pass 12 of the 12 controlled finds which equates to a 100% accuracy.

I and canine "Pedro" participate in maintenance training which is no less than 16 hours per month. On-going training includes:

- Training in all areas of interdiction, such as vehicles, boats, schools, currency, parcels and mail, airports, bus and bus depots, storage units, residences, motels, apartments, etc;
- Training on various quantities of controlled substances, ranging from grams to pounds;
- Training on controlled negative (blank) testing, in which all objects or locations have no contraband present;
- Conflict training, which proofs the dog and prevents him from alerting to common items associated with controlled substances, such as plastic bags, etc., and/or reward objects or toys.

CBP maintains training records of the on-going training. All training records and certifications are constantly maintained and up to date and current. The dogs are given a rating at each training day that is maintained for 90 days. The ratings for each training day are based on unsatisfactory, poor, fair, average, good, or excellent performance. Canine "Pedro" has maintained a rating of "Good" over the last 90 days. Canine "Pedro" is trained with a positive response/indication (scratching or biting), with a rolled up towel being his reward.

On August 8, 2013 at 1009 at the Inspection Service office located on the Processing and Distribution Center (P&DC) at 10700 27TH AVE S. in Tukwila, WA 98168. I along with canine "Pedro" searched five packages that were placed for inspection, four controlled packages and one suspect package. Canine "Pedro" alerted to USPS parcel tracking number EI754942390US Sandra Guaman, 38 Orange Ave., Irvington NJ 07111 to Hector G. Macas PO Box 58113, Renton WA 98058.

I have been a Canine Officer since April 1991.

Signed _____   Date _____
Adam J Chavez
Customs and Border Protection Officer (K-9)
U.S. Customs and Border Protection
Seattle, WA
(206) 396-1817 (cell)
adam.j.chavez@cbp.dhs.gov