FILED
LODGED
ENTERED
RECEIVED

AUG 27 2013

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No.  MJ13-405
US Mail Parcel, bearing confirmation number )
EI754942390US )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Washington
*(identify the person or describe the property to be searched and give its location)*:

US Mail Parcel, bearing confirmation number EI754942390US   as more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    Aug 26, 2013
                                                                *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
    Mary Alice Theiler      or another WDWA Magistrate Judge.
            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Aug 12, 2013 2:20pm                    _____
                                                                *Judge's signature*

City and state:   Seattle, Washington                    Mary Alice Theiler     U.S. Magistrate Judge
                                                                *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ13-405 | Date and time warrant executed: 8-12-13  3:00pm | Copy of warrant and inventory left with: U.S. Postal Service |
| Inventory made in the presence of : Michelle Brooks, Postal Inspector ||||
| Inventory of the property taken and name of any person(s) seized: No Property Seized ||||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-15-13

_____
Executing officer's signature

Brett Willyerd, Inspector
Printed name and title